UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEVA BEAUTY, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-02747 |
| | ) |
| VITALSLIM INC., RICHARD RAMOS, | ) |
| and DIANE RAMOS | ) |
| | ) |
| Defendants. | ) |

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff SEVA Beauty, LLC ("SEVA") and defendants Vitalslim Inc., Richard Ramos, and Diane Ramos (collectively, "Defendants"), by and through their respective counsel, have agreed in a separate written settlement agreement to finally resolve this litigation. Pursuant to that agreement, SEVA and Defendants stipulate to entry of a Consent Judgment on the terms provided in the attached Exhibit A.

WHEREFORE, SEVA and Defendants jointly request that the Court enter the Consent Judgment in the form provided.

Dated: April 13, 2017                              Respectfully submitted,

**SEVA BEAUTY, LLC**                               **VITALSLIM INC.,**
                                                   **RICHARD RAMOS, and**
By: s/ Marlén Cortez Morris                        **DIANE RAMOS**
Fredric A. Cohen (IL #6198606)
Marlén Cortez Morris (IL #6291488)                 By: s/ E. Michael Ciesla
CHENG COHEN LLC                                    E. Michael Ciesla
311 N. Aberdeen Street, Suite 400                  CIESLA LAW FIRM
Chicago, Illinois 60607                            1363 Shermer Road, Suite 306
(312) 243-1701                                     Northbrook, Illinois 60062
fredric.cohen@chengcohen.com                       (847) 412-1988
marlen.cortez@chengcohen.com                       mciesla@ciesla.legal

*Attorneys for Plaintiff*                          *Attorney for Defendants*

1

# CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2017, I electronically filed the foregoing AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT with its attached EXHIBIT A with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are registered CM/ECF users. I further certify that a true and correct copy of the foregoing was served via electronic and U.S. mail upon the following:

>E. Michael Ciesla
>CIESLA LAW FIRM
>1363 Shermer Road, Suite 306
>Northbrook, Illinois 60062
>(847) 412-1988
>mciesla@ciesla.legal
>
>*Attorney for Defendants*

s/ Marlén Cortez Morris